**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOEL HERRERA,

                Petitioner,                19 **CIVIL** 5321 (LGS)

     -against-                          **JUDGMENT**

MICHAEL CAPRA,

                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2020, the Petition is DENIED in its entirety. As Petitioner has not made a substantial showing of the denial of a constitutional right, no certificate of appealability will issue pursuant to 28 U.S.C. § 2553(c); accordingly, the petition is dismissed and the case is closed.

**DATED:**  New York, New York
            October 26, 2020

                                                                    **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                        **BY:**     *K. Mango*
                                                                     **Deputy Clerk**